IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Theodore Martinez,
Kimberly Martinez,

Bankruptcy No. 19-24273-TPA

Debtors,

Theodore Martinez,
Kimberly Martinez,

Chapter 13

Movants,

Related to Document No.

No Respondent

Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amended Chapter 13 Plan dated 01/14/2020 by prepaid first class US mail on January 23, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA   15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA   15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)


Dated:  01/23/2020

/s/: David A. Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA   15301
PA ID#  50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing          Dollar Bank, FSB                         PRA Receivables Management, LLC
0315-2                                    Three Gateway Center                     PO Box 41021
Case 19-24273-TPA                         Pittsburgh, PA 15222                     Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Jan 23 12:43:51 EST 2020

2                                         Citizens Bank N.A.                       Clearview FCU
U.S. Bankruptcy Court                     One Citizens Bank Way                    8805 University Blvd.
5414 U.S. Steel Tower                     JCA115                                   Moon Township  PA 15108-4212
600 Grant Street                          Johnston, RI 02919-1922
Pittsburgh, PA 15219-2703


Clearview Federal Credit Union            Clearview Federal Cu                     Department Stores National Bank
Attn: Bankruptcy                          1453 Beers School                        c/o Quantum3 Group LLC
1453 Beers School Road                    Coraopolis, PA 15108                     PO Box 657
Coraopolis, PA 15108                                                               Kirkland, WA  98083-0657


Department of Education/Nelnet            Deptartment Store National Bank/Macy's   Dollar Bank
Attn: Claims                              Attn: Bankruptcy                         3 Gateway Center
Po Box 82505                              9111 Duke Boulevard                      Pittsburgh, PA 15222
Lincoln, NE 68501-2505                    Mason, OH 45040-8999


Dollar Bank, FSB                          Dollar Bank, FSB                         Dollar Bk Vs
300 West Tuscarawas Street                c/o David W. Raphael, Esquire            2700 Liberty Ave
Canton, PA 44702-1911                     Grenen & Birsic, PC                      Pittsburgh, PA 15222-4700
                                          One Gateway Center, 9th Floor
                                          Pittsburgh, PA  15222


Jared                                     (p)JEFFERSON CAPITAL SYSTEMS LLC         Office of the United States Trustee
P.O. Box 659704                           PO BOX 7999                              Liberty Center.
San Antonio, TX 78265-9704                SAINT CLOUD MN 56302-7999                1001 Liberty Avenue, Suite 970
                                                                                   Pittsburgh, PA 15222-3721


Quantum3 Group LLC as agent for           RBS Citizens Cc                          Synchrony Bank
Comenity Bank                             1 Citizens Dr.                           c/o of PRA Receivables Management, LLC
PO Box 788                                Ms: Rop 15b                              PO Box 41021
Kirkland, WA  98083-0788                  Riverside, RI 02915-3035                 Norfolk, VA 23541-1021


Synchrony Bank/Lowes                      (p)TOYOTA MOTOR CREDIT CORPORATION       Toyota Motor Credit Corporation
Attn:  Bankruptcy                         PO BOX 8026                              PO Box 9013
Po Box 965060                             CEDAR RAPIDS IA 52408-8026               Addison, Texas 75001-9013
Orlando, FL 32896-5060


USDOE/GLELSI                              David A. Rice                            Kimberly Lynn Martinez
Attn: Bankruptcy                          Rice & Associates Law Firm               760 Addison Street
Po Box 7860                               15 West Beau Street                      Washington, PA 15301-5604
Madison, WI 53707-7860                    Washington, PA 15301-6806


Ronda J. Winnecour                        Scott R. Lowden                          Theodore Gabriel Martinez
Suite 3250, USX Tower                     Nicotero & Lowden PC                     760 Addison Street
600 Grant Street                          3948 Monroeville Blvd., Suite 2          Washington, PA 15301-5604
Pittsburgh, PA 15219-2702                 Monroeville, PA 15146-2437
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Toyota Financial Services
Attn: Bankruptcy Dept
Po Box 8026
Cedar Rapids, IA 52409

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Toyota Motor Credit Corporation

(d)Dollar Bank, FSB
Three Gateway Center
Pittsburgh, PA  15222

End of Label Matrix
Mailable recipients   29
Bypassed recipients    2
Total                 31