**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 19-24273-TPA** |
| **Theodore Gabriel Martinez** | ) | |
| **Kimberly Lynn Martinez** | ) | |
| | ) | |
| **Debtors** | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Document No. 31** |

## CONSENT ORDER MODIFYING FEBRUARY 6, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated February 6, 2020 it is

ORDERED that the February 6, 2020 order confirming the debtor's chapter 13 plan is amended to show the date of the confirmed plan as January 14, 2020 (Document #28) instead of October 31, 2019 (Document #11). The confirmation order dated February 6, 2020 remains in full force and effect with the only change being the date of the confirmed plan.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ David A. Rice
David A. Rice, Esquire
Attorney for debtor
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net