IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Theodore Gabriel Martinez and Kimberly Lynn Martinez
*Debtor(s)*

:
:
: Case No: 19−24273
:
: Chapter: 13
:
:
:

## NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE

The DEBTOR has filed a Proof of Claim on behalf of the following creditor:

| NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| Department of Education/Nelnet | 12 | $43,832.00 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

04/29/2020                                                              By: /s/ ADI User

cc:  Creditor
     Debtor's Attorney
     Trustee
     Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Theodore Gabriel Martinez
Kimberly Lynn Martinez
      Debtors

Case No. 19-24273-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin        Page 1 of 1        Date Rcvd: Apr 29, 2020
                      Form ID: pdfadint    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
db/jdb        +Theodore Gabriel Martinez,   Kimberly Lynn Martinez,   760 Addison Street,   Washington, PA 15301-5604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
        Beth L. Slaby   on behalf of Creditor   Dollar Bank, FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com
        David A. Rice   on behalf of Joint Debtor Kimberly Lynn Martinez ricelaw1@verizon.net, lowdenscott@gmail.com
        David A. Rice   on behalf of Debtor Theodore Gabriel Martinez ricelaw1@verizon.net, lowdenscott@gmail.com
        David W. Raphael   on behalf of Creditor   Dollar Bank, FSB raphaeld@fnb-corp.com
        James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Scott R. Lowden   on behalf of Joint Debtor Kimberly Lynn Martinez niclowlgl@comcast.net
        Scott R. Lowden   on behalf of Debtor Theodore Gabriel Martinez niclowlgl@comcast.net
                                                                                                                        TOTAL: 9