IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Theodore Gabriel Martinez and Kimberly Lynn Martinez
*Debtor(s)*

: 
: 
: Case No: 19–24273
: 
: Chapter: 13
: 
: 
: 

### NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE

The DEBTOR has filed a Proof of Claim on behalf of the following creditor:

| NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| USDOE/GLELSI | 14 | $63,068.00 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

04/29/2020                                       By: /s/ ADI User

cc:  Creditor
     Debtor's Attorney
     Trustee
     Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24273-TPA
Theodore Gabriel Martinez                                               Chapter 13
Kimberly Lynn Martinez
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 1              Date Rcvd: Apr 29, 2020
                             Form ID: pdfadint        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
db/jdb         +Theodore Gabriel Martinez,    Kimberly Lynn Martinez,    760 Addison Street,
                Washington, PA 15301-5604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
      Beth L. Slaby    on behalf of Creditor    Dollar Bank, FSB bslaby@grenenbirsic.com,
       mcupec@grenenbirsic.com
      David A. Rice    on behalf of Joint Debtor Kimberly Lynn Martinez ricelaw1@verizon.net,
       lowdenscott@gmail.com
      David A. Rice    on behalf of Debtor Theodore Gabriel Martinez ricelaw1@verizon.net,
       lowdenscott@gmail.com
      David W. Raphael    on behalf of Creditor    Dollar Bank, FSB raphaeld@fnb-corp.com
      James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Joint Debtor Kimberly Lynn Martinez niclowlgl@comcast.net
      Scott R. Lowden    on behalf of Debtor Theodore Gabriel Martinez niclowlgl@comcast.net
                                                                               TOTAL: 9