IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Theodore Gabriel Martinez,           :     Bankruptcy No. 19-24273-TPA
        Kimberly Lynn Martinez,              :
                    Debtor(s)                :
        Theodore Gabriel Martinez,           :
        Kimberly Lynn Martinez,              :
                    Movant(s)                :
            v.                               :
                                             :
        No Respondents                       :
                    Respondent(s)            :

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtors are not required to pay any Domestic Support Obligations]

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On 01/06/2020, at docket numbers 26 and 27, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated: November 19, 2024                By:    /s/ David A Rice
                                        Signature
                                        David A Rice
                                        Name of Filer – Typed
                                        PA ID 50329
                                        Rice & Associates Law Firm
                                        15 West Beau Street
                                        Washington, PA 15301
                                        (724) 225-7270
                                        ricelaw1@verizon.net