UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  THEODORE GABRIEL MARTINEZ<br>KIMBERLY LYNN MARTINEZ<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  THEODORE GABRIEL MARTINEZ<br>KIMBERLY LYNN MARTINEZ<br><br>      Respondents | Case No.19-24273JCM<br><br><br>Chapter 13<br><br><br>Document No.___66_____ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___19th___ day of _November_, 20_24_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Equipment And Controls Inc
Attn Payroll Administrator
2 Park Dr
Po Box 614
Lawrence, PA 15055

is hereby ordered to immediately terminate the attachment of the wages of THEODORE GABRIEL MARTINEZ, social security number XXX-XX-9478. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THEODORE GABRIEL MARTINEZ.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____jlm
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
11/19/24 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24273-JCM |
| Theodore Gabriel Martinez | Chapter 13 |
| Kimberly Lynn Martinez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Theodore Gabriel Martinez, 760 Addison Street, Washington, PA 15301-5604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Joint Debtor Kimberly Lynn Martinez ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Theodore Gabriel Martinez ricelaw1@verizon.net lowdenscott@gmail.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@lenderlaw.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

Scott R. Lowden
          on behalf of Joint Debtor Kimberly Lynn Martinez lowdenscott@gmail.com

Scott R. Lowden
          on behalf of Debtor Theodore Gabriel Martinez lowdenscott@gmail.com

TOTAL: 9