**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>THEODORE GABRIEL MARTINEZ<br>KIMBERLY LYNN MARTINEZ<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:19-24273<br><br>Chapter 13<br><br>Document No.: 75 |

**ORDER OF COURT**

AND NOW, this ___18th___ day of ___March___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/18/25 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24273-JCM

Theodore Gabriel Martinez  Chapter 13

Kimberly Lynn Martinez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 18, 2025     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore Gabriel Martinez, Kimberly Lynn Martinez, 760 Addison Street, Washington, PA 15301-5604 |
| 15150432 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15150433 | | Clearview Federal Cu, 1453 Beers School, Coraopolis, PA 15108 |
| 15150436 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15161580 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15210143 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15161579 | | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |
| 15150437 | + | Dollar Bk Vs, 2700 Liberty Ave, Pittsburgh, PA 15222-4700 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:28:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15150439 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2025 00:24:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15163743 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2025 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15164984 | + | Email/Text: bankruptcy@clearviewfcu.org | Mar 19 2025 00:26:00 | Clearview FCU, 8805 University Blvd., Moon Township PA 15108-4212 |
| 15150435 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:41:02 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15179691 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2025 00:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15235379 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 19 2025 00:26:00 | Department of Education/Nelnet, Attn: Claims, P.O. Box 82505, Linclon, NE 68501-2505 |
| 15150434 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 19 2025 00:26:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15166775 | ^ | MEBN | Mar 19 2025 00:17:32 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, PA 44702-1911 |
| 15181013 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2025 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15150438 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Jared, P.O. Box 659704, San Antonio, TX 78265 |
| 15177539 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2025 00:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-24273-JCM    Doc 82    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| 15151245 | | ^ | MEBN | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Mar 19 2025 00:18:03 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15150440 | | + | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | | Mar 19 2025 00:29:11 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15150441 | | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | | |
| | | | | Mar 19 2025 00:25:00 | | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15157794 | | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | | |
| | | | | Mar 19 2025 00:24:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15150442 | | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | | |
| | | | | Mar 19 2025 00:26:00 | | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Toyota Motor Credit Corporation |
| cr | * | Dollar Bank, FSB, Three Gateway Center, Pittsburgh, PA 15222 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2025              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexander Herron | on behalf of Creditor Dollar Bank  FSB aherron@grenenbirsic.com, mcupec@grenenbirsic.com |
| David A. Rice | on behalf of Joint Debtor Kimberly Lynn Martinez ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Theodore Gabriel Martinez ricelaw1@verizon.net  lowdenscott@gmail.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@bdblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Case 19-24273-JCM    Doc 82    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 25 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Kimberly Lynn Martinez lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor Theodore Gabriel Martinez lowdenscott@gmail.com

TOTAL: 10